IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

DIANE MCNEIL and
KEVIN MCNEIL,

    Plaintiffs,

v.                          CASE NO. 10-CA-20972
                                Division K

SENTINEL INSURANCE COMPANY, LTD.,

    Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, SENTINEL INSURANCE COMPANY, hereinafter SENTINEL, files this Answer and Affirmative Defenses to the Complaint and says:

    1. - 2.  Without knowledge, therefore denied.

    3.  Admit.

    4. - 8.  Without knowledge, therefore denied.

    9. - 14.  Admit.

    15.  Sentinel re-avers its responses to paragraphs 1 - 14 above.

    16.  Denied.

    17.  Without knowledge, therefore denied.

    18.  Sentinel admits that the policy provides UM limits of $50,000/100,000, non-stacked, denies any part of paragraph 18 inconsistent therewith.

    19. - 20.  Without knowledge, therefore denied.

    21.  To the extent the statute is accurately quoted, admits the language is in the statute, denies remainder.

22. Without knowledge, therefore denied.

23. – 24. Denied.

25. All allegations not specifically admitted are denied.

### AFFIRMATIVE DEFENSE

Plaintiff procured insurance through an independent insurance agent, who, at each change in coverage, thoroughly explained Plaintiffs' rights and options concerning uninsured motorists coverages, and knowing their rights and options, Plaintiff Diane McNeil, as named insured, knowingly elected UM limits in the same amount as she had maintained for many years previously, and with non-stacking coverage. Accordingly, Sentinel is required to provide Plaintiffs with $50,000 in coverage due to the accident of June 20, 2010, and because Sentinel has tendered said amount, has fulfilled its obligations under the policy of insurance.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via facsimile & US mail this 10th day of November, 2010, to: ALLEN S. CARMAN, ESQUIRE, 223 Lithia Pinecrest Road, Brandon, FL 33511, counsel for Plaintiffs.

SYPRETT, MESHAD, RESNICK, LIEB, DUMBAUGH, JONES, KROTEC & WESTHEIMER, P.A.
1900 Ringling Boulevard
Sarasota, FL 34236
(941) 365-7171  (941) 365-7923 fax
tjones@smrl.com

_____
Teresa D. Jones
Florida Bar No. 385913
Attorney for Defendant